UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance corporation, | Case No. 2:20-cv-10539 Hon. Linda V. Parker |
| Plaintiff, | |
| v. | |
| TITAN RETAIL DEVELOPMENT INDUSTRIES, LLC, a Michigan limited liability corporation; OAKLAND PLUMBING CO., a Michigan corporation; GEORGE D. ANTHONY, JR.; DINA J. ANTHONY; MICHAEL J. SCOTT; MARYBETH SCOTT; NADIA VLAHOS; and STAMATIOS VLAHOS; | **FINAL DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| Defendants. | |

**FINAL DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

This Court having entered an Order Granting Plaintiff North American Specialty Insurance Company's Motion for Default Judgment against Defendants Titan Retail Development Industries, Oakland Plumbing Co., George D. Anthony, Jr., Dina J. Anthony, Michael J. Scott, and Mary Beth Scott on November 17, 2020 (ECF No. 29);

Dina J. Anthony having filed a Chapter 7 voluntary petition in bankruptcy on February 8, 2021;

Plaintiff having filed a motion to certify such Default Judgment as final pursuant to Fed. R. Civ. P. 54(b) (ECF No. 100);

This Court having granted Plaintiff's motion to certify such Default Judgment as final on June 1, 2022 (ECF No. 105); and

The Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Default Judgment previously issued by the Court on November 17, 2020 (ECF No. 29) is certified as final pursuant to Fed. R. Civ. P. 54(b), and Final Default Judgment is hereby entered under the terms of such original Default Judgment (ECF No. 29), a copy of which is appended to this Judgment and made a part hereof.

IT IS FUTHER ORDERED that this Final Default Judgment is entered as to Defendants Titan Retail Development Industries, Oakland Plumbing Co., George D. Anthony, Jr., Michael J. Scott, and Mary Beth Scott, only (excluding Dina J. Anthony due to the bankruptcy proceedings referenced above).

IT IS FURTHER ORDERED that North American Specialty Insurance Company is terminated as a Plaintiff and Counter-Defendant.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: June 2, 2022

Case 2:20-cv-10539-AJT-DRG   ECF No. 29, PageID.680   Filed 11/17/20   Page 1 of 5

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY, a New
Hampshire insurance corporation,

    Plaintiff,

v.

TITAN RETAIL DEVELOPMENT
INDUSTRIES, LLC, a Michigan limited
liability corporation; OAKLAND
PLUMBING CO., a Michigan corporation;
GEORGE D. ANTHONY, JR.; DINA J.
ANTHONY; MICHAEL J. SCOTT;
MARYBETH SCOTT; NADIA VLAHOS;
and STAMATIOS VLAHOS;

    Defendants.

**And**

NADIA VLAHOS and STAMATIOS VLAHOS

    Counter-Plaintiffs

v.

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY

Case No. 2:20-cv-10539
Hon. Arthur J. Tarnow

**ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TITAN RETAIL DEVELOPMENT INDUSTRIES, LLC, OAKLAND PLUMBING CO., GEORGE D. ANTHONY, JR., DINA J. ANTHONY, MICHAEL J. SCOTT, AND MARYBETH SCOTT**

_____/

| | |
|---|---|
| Jeffrey M. Frank (P46916)<br>Omar J. Harb (P51306)<br>Jessica L. Wynn (P75442)<br>LIPSON NEILSON P.C.<br>Attorneys for Plaintiff<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302<br>(248) 593-5000<br>jfrank@lipsonneilson.com<br>oharb@lipsonneilson.com<br>jwynn@lipsonneilson.com | Nadia Vlahos<br>Stamatios Vlahos<br>In Pro Per<br>18192 Mackay Drive,<br>Macomb Twp., MI 48042 |

_____/

### ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TITAN RETAIL DEVELOPMENT INDUSTRIES, LLC, OAKLAND PLUMBING CO., GEORGE D. ANTHONY, JR., DINA J. ANTHONY, MICHAEL J. SCOTT, AND MARYBETH SCOTT

A default having been entered against Defendant, Titan Retail Development Industries, LLC on September 4, 2020, as a result of its failure to plead or otherwise defend this lawsuit; and

A default having been entered against Defendant, Oakland Plumbing Co. on May 5, 2020, as a result of its failure to plead or otherwise defend this lawsuit; and

A default having been entered against Defendant, George D. Anthony, Jr. on September 4, 2020, as a result of his failure to plead or otherwise defend this lawsuit; and

A default having been entered against Defendant, Dina J. Anthony on May 5, 2020, as a result of her failure to plead or otherwise defend this lawsuit; and

A default having been entered against Defendant, Michael J. Scott on May 5, 2020, as a result of his failure to plead or otherwise defend this lawsuit; and

A default having been entered against Defendant, Marybeth Scott on May 5, 2020, as a result of her failure to plead or otherwise defend this lawsuit; and

North American Specialty Insurance Company ("NAS") having filed a Motion for Entry of Default Judgment against Defendants Titan Retail Development Industries, LLC, Oakland Plumbing Co., George D. Anthony, Jr., Dina J. Anthony, Michael J. Scott, and Marybeth Scott (the "Defaulting Defendants") pursuant to Federal Rule of

Civil Procedure 55(b)(2), requesting that the Court enter a joint and several default judgment against the Defaulting Defendants in the amount of $2,249,034.22 as to the contractual indemnity count and $500,000.00 as to the collateral security count; and

NAS having further requested in its Motion for Entry of Default Judgment that the Court enter a judgment against Defendant Titan Retail Development Industries, LLC in the amount of $500,000.00 on the *quia timet* count; and

The Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that NAS's Motion for Entry of Default Judgment against Defendants Titan Retail Development Industries, LLC, Oakland Plumbing Co., George D. Anthony, Jr., Dina J. Anthony, Michael J. Scott, and Marybeth Scott is granted.

IT IS FURTHER ORDERED that Titan Retail Development Industries, LLC is liable to NAS pursuant to the common law principles of indemnification and also pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that Oakland Plumbing Co. is liable to NAS pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that George D. Anthony, Jr. is liable to NAS pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that Dina J. Anthony is liable to NAS pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that Michael J. Scott is liable to NAS pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that Marybeth Scott is liable to NAS pursuant to the express terms of the Indemnity Agreement executed by the Defendants in favor of NAS, for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co.

IT IS FURTHER ORDERED that a joint and several default judgment is entered in NAS's favor against Defendants Titan Retail Development Industries, LLC,

Oakland Plumbing Co., George D. Anthony, Jr., Dina J. Anthony, Michael J. Scott, and Marybeth Scott for all of NAS's liability, loss, costs, damages, attorneys' fees, consultants' fees, and other expenses incurred as a result of NAS having issued bonds on behalf of Titan Retail Development Industries, LLC and Oakland Plumbing Co. as of October 31, 2020, in the amount of $2,249,034.22.

IT IS FURTHER ORDERED that a joint and several default judgment is entered in NAS's favor against Defendants Titan Retail Development Industries, LLC, Oakland Plumbing Co., George D. Anthony, Jr., Dina J. Anthony, Michael J. Scott, and Marybeth Scott requiring them to deposit $500,000.00 collateral security with NAS within 10 days of the entry of this Order. NAS will accept collateral security in the form of cash or an irrevocable letter of credit.

IT IS FURTHER ORDERED that a default judgment is entered in NAS's favor against Defendant Titan Retail Development Industries, LLC requiring it to deposit $500,000.00 collateral security with NAS within 10 days of the entry of this Order. NAS will accept collateral security in the form of cash or an irrevocable letter of credit.

Dated: November 17, 2020     s/Arthur J. Tarnow
                             U.S. DISTRICT COURT JUDGE