UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE CO.,

    Plaintiff,

v.

TITAN RETAIL DEVELOPMENT
INDUSTRIES, LLC, OAKLAND
PLUMBING CO., GEORGE D. ANTHONY, JR.,
DINA J. ANTHONY, MICHEL J. SCOTT,
MARYBETH SCOTT, NADIA VLAHOS,
and STAMATIOS VLAHOS,

    Defendants.
_____/

Case No. 20-cv-10539
Honorable Linda V. Parker

## ORDER GRANTING PLAINTIFF'S MOTION FOR CLOSING PROCEEDS

In this action, Plaintiff North American Specialty Insurance Company ("NASIC") has obtained a Judgment against Defendant Michael Scott and others, jointly and severally, in the amount of $2,249,034.22. (*See* ECF Nos. 29, 118.) The Judgment has not been satisfied. Therefore, on August 21, 2023, NASIC filed a motion pursuant to Michigan Court Rule 3.101(M)(3), seeking payment of closing proceeds due to Scott pursuant to the forfeiture of a land contract. (ECF No. 303.) The parties subsequently entered into a stipulated order requiring the payment of those proceeds into escrow. (ECF No. 305.) On November 28, NASIC filed a supplemental brief, asking the Court to pay the amount in escrow to

it.  (ECF No. 320.)  According to NASIC, the proceeds of the sale, totaling $69,942.78, were paid into an escrow account with this court pursuant to the stipulated order.

On December 1, 2023, this Court issued an order directing Scott to show cause, in writing, within fourteen (14) days as to why the $69.942.78 in escrow should not be paid forthwith to Plaintiff North American Specialty Insurance Company.  (ECF No. 321.)  The time for Scott to respond has expired, and he has not filed a response or otherwise contacted the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff North American Specialty Insurance Company's motion for judgment under Michigan Court Rule 3.101(M)(3) (ECF Nos. 303, 320) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is **DIRECTED** to pay the principal of $69,942.78, plus any accumulated interest, forthwith to Plaintiff North American Specialty Company, mailed c/o Lipson Neilson, P.C., 3910 Telegraph Road, Suite 200, Bloomfield Hills, MI 48302.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 19, 2023