UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE CO.,

       Plaintiff,

v.

TITAN RETAIL DEVELOPMENT
INDUSTRIES, LLC, OAKLAND
PLUMBING CO., GEORGE D. ANTHONY, JR.,
DINA J. ANTHONY, MICHEL J. SCOTT,
MARYBETH SCOTT, NADIA VLAHOS,
and STAMATIOS VLAHOS,          Case No. 20-cv-10539
                                                      Honorable Linda V. Parker

       Defendants.

and

NADIA VLAHOS and STAMATIOS
VLAHOS,

       Cross-Plaintiffs,

v.

MICHAEL SCOTT and
OAKLAND PLUMBING CO.,

       Cross-Defendants.
_____/

# ORDER CLOSING CASE

This Court has granted Plaintiff North American Specialty Insurance Company ("NASIC") a default judgment against Defendants Titan Retail Development Industries, LLC, Oakland Plumbing Co., George D. Anthony, Jr., Nina J. Anthony, Michael Scott, and Marybeth Scott. (ECF Nos. 29, 118.) Defendants are jointly and severally liable in the amount of $2,249,034.22. (*Id.*) The remaining pleadings have been dismissed. While NASIC continues its efforts to collect the amount awarded from Defendants, there is no reason to keep this action open as it does so. This closure does not preclude NASIC from continuing to pursue post-judgment enforcement in this action.

**SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: April 2, 2024